
FILING FEE PAID

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

JUN 17 '04 PM 1:49 US[?]

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| Dolphinite, Inc. ) | |
| ) | |
| Debtor ) | Case No. 04-12657-JNF |
| ) | |

## MOTION BY CREDITOR KENMORE FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)

Kenmore Financial (hereinafter "Kenmore") hereby moves this Honorable Court, pursuant to 11 U.S.C. § 362(d)(1) of the United States Bankruptcy Code, for an Order of Court lifting the automatic stay to allow Kenmore to obtain possession of and exercise its rights under law in certain personal property owned by Dolphinite, Inc. (hereinafter the "Debtor"). In support of its Motion, Kenmore states the following:

1. The Court has jurisdiction over this contested matter pursuant to 28 U.S.C. §§ 157, 1334 and 11 U.S.C. §§ 361-363.
2. On April 1, 2004, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").
3. The Debtor continues to operate its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.
4. No plan of reorganization has been filed.
5. Debtor has settled and is in the process of litigating several lawsuits in which the Plaintiffs contend that the Debtor's boat paints bearing the name "Dolphinite" are defective
6. Kenmore Financial is a corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business located at 738 Main Street, Suite 244, Waltham, MA 02451.
7. In or around 2001 until prior to the Petition Date, Kenmore loaned, on a revolving credit basis, the Debtor approximately $130,000, secured by a senior lien on all